**DISMISS; Opinion Filed August 12, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00115-CV

**JOHN SCOTT VINEY, Appellant**
**V.**
**RICHARD F. LEMON, JR., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03700**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion Per Curiam

The Court has before it appellant's August 1, 2013 motion to dismiss. We **GRANT** the

motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

130115F.P05                                             PER CURIAM



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN SCOTT VINEY, Appellant

No. 05-13-00115-CV      V.

RICHARD F. LEMON, JR., Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-03700.
Opinion delivered per curiam. Justices Moseley, Bridges and Lang-Miers sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
It is **ORDERED** that each party bear his own costs of this appeal.

Judgment entered this 12th day of August, 2013.

/Jim Moseley/
JIM MOSELEY
JUSTICE

–2–